**Order entered January 11, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00008-CV

## IN RE NAZARIO CHAVEZ, JR., Relator

**Original Proceeding from the Justice of the Peace 1-1**
**Dallas County, Texas**
**Trial Court Cause No. JT-15M8400H**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of jurisdiction. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/    ROBERT M. FILLMORE
           JUSTICE